UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JOSE HERIBERTO CABADA, | : | |
| | : | |
| Petitioner, | : | Civil No. 09-6317 (RMB) |
| | : | |
| v. | : | **ORDER** |
| | : | |
| WARDEN DONNA ZICKEFOOSE, | : | |
| | : | |
| Respondent. | : | |

Petitioner Jose Heriberto Cabada has presented for filing a Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and an Application to proceed <u>in forma pauperis</u> pursuant to 28 U.S.C. § 1915(a)(1).

Based upon Petitioner's affidavit of indigence, IT IS on this **17th** day of **December 2009**,

**ORDERED** that Petitioner's application to proceed <u>in forma pauperis</u> is hereby **GRANTED**.

s/Renée Marie Bumb
Renée Marie Bumb
United States District Judge
